**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**UNITED STATES OF AMERICA**                                             **PLAINTIFF**

vs.                 **Case No. 4:12-cr-00306-10-KGB**

**LARRY JOE WILLIAMS**                                                     **DEFENDANT**

## ORDER

Before the Court is defendant Larry Joe Williams's Motion for Sentence Reduction based on Sentencing Guideline Amendment 782 (Doc. No. 784). For the following reasons, the Court denies the motion.

Amendment 782 retroactively reduces most drug quantity base offense levels by two. However, only those defendants serving a sentence determined or affected by a range calculated using the drug quantity table, United States Sentencing Guideline § 2D1.1, are potentially eligible for a reduction. Since Mr. Williams's base offense level was determined by his career offender status under United States Sentencing Guideline § 4B1.1, not the drug quantity table, he is not eligible for a reduction.

It is so ordered this 27th day of May, 2015.

_____
Kristine G. Baker
United States District Judge